**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHARLES BRIAN LANG, | : | |
| a/k/a CHARLES B. LANG, | : | CASE NO. 5:20-bk-00093 |
| a/k/a CHARLES LANG, | : | |
| Debtor | : | |

## NOTICE TO CREDITORS AND PARTIES IN INTEREST:
## SECOND AMENDED CHAPTER 13 PLAN

Debtor(s) CHARLES BRIAN LANG has filed a petition under Chapter 13 of the Bankruptcy Code on January 9, 2020.

Notice is hereby given that CHARLES BRIAN LANG has filed a Second Amended Chapter 13 Plan. Objections to the Second Amended Chapter 13 Plan must be filed on or before **August 19, 2022,** with the Clerk, U.S. Bankruptcy Court, Middle District of Pennsylvania, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701, with a copy of such Objection mailed to Attorneys for Debtor at the address below.  A copy of the Second Amended Chapter 13 Plan is included with this Notice.

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY.  If you oppose any provision of this plan you must file a timely written objection.  This plan may become binding without further notice unless a written objection is filed before the deadline stated above, i.e., August 19, 2022.


Dated:  July 29, 2022

**ROBERT J. KIDWELL, ESQ.**
**NEWMAN, WILLIAMS, P.C.**
Attorneys for Debtor
P.O. Box 511, 712 Monroe Street
Stroudsburg, PA  18360
(570) 421-9090
rkidwell@newmanwilliams.com