**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
                                                                                              (State)

Case number _____

---

Form 4100R

# Response to Notice of Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** _____

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:

**Property address:** _____
                Number     Street

_____

_____
City                 State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
                                                                MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ _____

c. **Total**. Add lines a and b.     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____
                                           MM / DD / YYYY

\* Suspense Balance IAO $564.13

Debtor 1 _____  Case number (*if known*) _____
         First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

❑ I am the creditor.

❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ _____  Date ____/_____/_____
     Signature

Print _____  Title _____
      First Name    Middle Name    Last Name

Company _____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address _____
        Number          Street

_____
City                      State    ZIP Code

Contact phone (_____) _____– _____   Email _____

Form 4100R                    **Response to Notice of Final Cure Payment**                    page **2**

| Pmt Due/Comments | Amt Due | Date Received | Amt Rec'd | Pmt Satisified | To/From Suspense | Suspense Balance |
|---|---|---|---|---|---|---|
| Begin Suspense | | | | | $ - | $ - |
| | $ 567.30 | 1/31/2020 | $ 567.30 | 2/1/2020 | $ - | $ - |
| | | 3/2/2020 | $ 250.00 | | $ 250.00 | $ 250.00 |
| | | 4/21/2020 | $ 35.19 | | $ 35.19 | $ 285.19 |
| | $ 567.30 | 4/21/2020 | $ 564.81 | 3/1/2020 | $ (2.49) | $ 282.70 |
| | | 5/28/2020 | $ 35.19 | | $ 35.19 | $ 317.89 |
| | $ 567.30 | 5/28/2020 | $ 564.81 | 4/1/2020 | $ (2.49) | $ 315.40 |
| | $ 567.30 | 6/9/2020 | $ 600.00 | 5/1/2020 | $ 32.70 | $ 348.10 |
| | $ 567.30 | 7/7/2020 | $ 567.30 | 6/1/2020 | $ - | $ 348.10 |
| | $ 567.30 | 8/14/2020 | $ 567.30 | 7/1/2020 | $ - | $ 348.10 |
| | $ 567.30 | 9/10/2020 | $ 567.30 | 8/1/2020 | $ - | $ 348.10 |
| | $ 567.30 | 10/22/2020 | $ 567.30 | 9/1/2020 | $ - | $ 348.10 |
| | $ 567.30 | 12/3/2020 | $ 567.30 | 10/1/2020 | $ - | $ 348.10 |
| | $ 567.30 | 12/31/2020 | $ 567.30 | 11/1/2020 | $ - | $ 348.10 |
| | $ 567.30 | 4/6/2021 | $ 900.00 | 12/1/2020 | $ 332.70 | $ 680.80 |
| | $ 567.30 | 9/11/2021 | $ 500.00 | 1/1/2021 | $ (67.30) | $ 613.50 |
| | | 9/18/2021 | $ (500.00) | | $ (500.00) | $ 113.50 |
| | | 8/25/2022 | $ 903.19 | | $ 903.19 | $ 1,016.69 |
| | | 9/2/2022 | $ (903.19) | | $ (903.19) | $ 113.50 |
| | | 9/12/2022 | $ 903.19 | | $ 903.19 | $ 1,016.69 |
| Loan Mod Adj | $ (346.85) | | | | $ 346.85 | $ 1,363.54 |
| Loan Mod eff 10/1/22 | | | | | $ - | $ 1,363.54 |
| | | 10/12/2022 | $ (903.19) | | $ (903.19) | $ 460.35 |
| | | 10/21/2022 | $ 851.29 | | $ 851.29 | $ 1,311.64 |
| Corp Adv Paid | $ 796.24 | 1/17/2023 | | | $ (796.24) | $ 515.40 |
| | | 3/16/2023 | $ 48.73 | | $ 48.73 | $ 564.13 |
| 9/1/2022 | $ 609.94 | | | | $ (609.94) | $ (45.81) |
| 10/1/2022 | $ 831.36 | | | | $ (831.36) | $ (877.17) |
| 11/1/2022 | $ 831.36 | | | | $ (831.36) | $ (1,708.53) |
| 12/1/2022 | $ 831.36 | | | | $ (831.36) | $ (2,539.89) |
| 1/1/2023 | $ 831.36 | | | | $ (831.36) | $ (3,371.25) |
| 2/1/2023 | $ 831.36 | | | | $ (831.36) | $ (4,202.61) |
| 3/1/2023 | $ 831.36 | | | | $ (831.36) | $ (5,033.97) |
| 4/1/2023 | $ 831.36 | | | | $ (831.36) | $ (5,865.33) |
| 5/1/2023 | $ 831.36 | | | | $ (831.36) | $ (6,696.69) |
| 6/1/2023 | $ 831.36 | | | | $ (831.36) | $ (7,528.05) |
| 7/1/2023 | $ 831.36 | | | | $ (831.36) | $ (8,359.41) |
| 8/1/2023 | $ 831.36 | | | | $ (831.36) | $ (9,190.77) |
| 9/1/2023 | $ 810.77 | | | | $ (810.77) | $ (10,001.54) |
| 10/1/2023 | $ 810.77 | | | | $ (810.77) | $ (10,812.31) |

IN THE UNITED STATES BANKRUPTCY COURT
FOR MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charles B. Lang aka Charles B. Lang aka Charles Lang<br>　　　　Debtor<br><br>Fay Servicing, LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>v.<br><br>Charles B. Lang aka Charles B. Lang aka Charles Lang<br>Jack N. Zaharopoulos - Bankruptcy Trustee<br>　　　　Respondents | CASE NO.: 20-00093-MJC<br><br>CHAPTER 13<br><br>Judge: Mark J. Conway<br><br>Hearing Date:<br><br>Objection Deadline: |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE**

  I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on ____October 17, 2023____.

  The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was first-class mail and electronic notification.

  If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: October 17, 2023

                By: /s/ Lauren Moyer, Esq.
                Lauren Moyer, Esq.
                **FRIEDMAN VARTOLO LLP**
                Attorneys for Movant
                1325 Franklin Avenue, Suite 160
                Garden City, NY 11530
                T: (212) 471-5100
                F: (212) 471-5150
                Bankruptcy@FriedmanVartolo.com

**Service by Regular Mail**

Charles B. Lang aka Charles B. Lang aka Charles Lang
210 Pheasant Run
Bushkill, PA 18324
Bankruptcy Debtor

**Service by NEF**

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Bankruptcy Trustee

Asst. U.S. Trustee
1501 N. 6th St
Harrisburg, PA 17102
United States Trustee

Robert J. Kidwell
712 Monroe Street
Stroudsburg, PA 18360
Attorney